United States District Court
Southern District of Texas
**ENTERED**
January 03, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| United States District Court | § | |
| Southern District of Texas | § | |
| | § | |
| Robert Delgado, | § | |
|    Petitioner, | § | |
| | § | |
| v. | § | |
| | § | Civil Action H-21-3065 |
| Bobby Lumpkin, | § | |
| Director of Correctional | § | |
| Institutions Division, Texas | § | |
| Department of Criminal Justice, | § | |
|    Respondent. | § | |

## Order of Adoption

On November 1, 2021, Magistrate Judge Peter Bray recommended that Robert Delgado's petition for a writ of habeas corpus be dismissed without prejudice for want of prosecution. (5) Delgado responded to Judge Bray's Report and Recommendation but did not follow the court's instructions for reinstatement of the case. Delgado concedes that the relief he sought in his habeas petition is now moot but requests to proceed on various civil rights claims with appointed counsel. Leave to amend the petition is denied. Appointment of counsel is denied.

The court adopts the report and recommendation as its memorandum and opinion. Delgado is not foreclosed from bringing his civil rights claims in a properly supported complaint. The court will issue a separate final judgment.

Signed at Houston, Texas, on January __3__, 2022.

Lynn N. Hughes
United States District Judge

1